WEINBERG, ROGER & ROSENFELD

Ashley K. Ikeda  2955-0
Lori K. Aquino    3815-0
Alii Place, Suite 1602
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
aikeda@unioncounsel.net
laquino@unioncounsel.net

Attorneys for Plaintiffs
**TRUSTEES OF THE OPERATING ENGINEERS' TRUST FUNDS**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **OPERATING ENGINEERS' TRUST FUNDS** (Pension Trust Fund and Pensioned Health and Welfare Trust Fund by its Trustees, Ken Walters, Robert Clark, Gil Crosthwaite, Robert Doud, Thomas Holsman, Edwin Hulihee, Richard Piombo, Leo Ruth, Rene J. Vercruyssen, Don Doser, John Bonilla, Harold K. Lewis, T. Robert Miller, Tom Stapleton, Frank Herrera and Robert Wise; Hawaii Health and Welfare Trust Fund for Operating Engineers by its Trustees, Lance Inouye, Rodney Nohara, Kathleen Thurston, Don Doser, John Bonilla and Harold K. Lewis; Hawaii Operating Engineers Annuity Trust Fund by its Trustees, David C. Hulihee, Glenn Nohara, Stanley Osada, Don Doser, John Bonilla and Harold K. Lewis; Operating Engineers and Participating Employers Pre-Apprentice, | CIVIL NO. 01-00746 SOM LEK<br><br>SATISFACTION OF AMENDED DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANT FRIENDLY ISLE CONTRACTING AND EQUIPMENT INC., aka FRIENDLY ISLE CONTRACTING & EQUIPMENT, INC., a Hawaii corporation |

Apprentice and Journeyman Affirmative )
Action Training Fund for Hawaii by its )
Trustees, Edwin Hulihee, Gilbert Ho, )
Stanley Osada, Don Doser, John Bonilla )
and Harold K. Lewis; Hawaii Industry )
Stabilization Trust Fund by its Trustees, )
Wilfred Nakakura, Marvin Koga, )
Ronald Oshiro, Don Doser, )
John Bonilla, and Harold K. Lewis; )
Operating Engineers' Vacation and )
Holiday Pay Plan by and under its Fund )
Manager, Associated Third Party )
Administrator), )
     Plaintiffs, )
            )
 vs. )
            )
FRIENDLY ISLE CONTRACTING )
AND EQUIPMENT INC., aka )
FRIENDLY ISLE CONTRACTING & )
EQUIPMENT, INC., a Hawaii )
corporation; and KEVIN J. Y. )
UNEMORI, individually, )
            )
     Defendants. )
_____)

SATISFACTION OF AMENDED DEFAULT JUDGMENT BY CLERK
AGAINST DEFENDANT FRIENDLY ISLE CONTRACTING AND
EQUIPMENT INC., aka FRIENDLY <u>ISLE CONTRACTING & EQUIPMENT,
INC., a Hawaii corporation</u>

Come now Plaintiffs TRUSTEES OF THE OPERATING ENGINEERS'

TRUST FUNDS, by and through their attorneys, WEINBERG, ROGER &

ROSENELD, and hereby release the Amended Default Judgment By Clerk Against

Defendant Friendly Isle Contracting And Equipment Inc., aka Friendly Isle

2

Contracting & Equipment, Inc., a Hawaii corporation, entered herein on January 24, 2003, and recorded in the Bureau of Conveyances, State of Hawaii on January 27, 2003 as Document No. 2003-014697.

This Satisfaction Of Amended Default Judgment By Clerk Against Defendant Friendly Isle Contracting And Equipment Inc., aka Friendly Isle Contracting & Equipment, Inc., a Hawaii corporation discharges the Amended Default Judgment By Clerk Against Defendant Friendly Isle Contracting And Equipment Inc., aka Friendly Isle Contracting & Equipment, Inc., a Hawaii corporation, entered herein on January 24, 2003, and recorded in the Bureau of Conveyances, State of Hawaii on January 27, 2003 as Document No. 2003-014697.

DATED: Honolulu, Hawaii, January 9, 2007.

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE
JUDGE

WEINBERG, ROGER & ROSENFELD

By _____
ASHLEY K. IKEDA
LORI K. AQUINO
Attorneys for Plaintiffs
TRUSTEES OF THE OPERATING
ENGINEERS' TRUST FUNDS

---

OPERATING ENGINEERS' TRUST FUNDS, ETC., Plaintiffs, vs. FRIENDLY ISLE CONTRACTING AND EQUIPMENT INC., aka FRIENDLY ISLE CONTRACTING & EQUIPMENT, INC., a Hawaii corporation; and KEVIN J. Y. UNEMORI, individually, Defendants, U.S.D.C., D. Haw., Civ. No. 01-00746 SOM LEK; SATISFACTION OF AMENDED DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANT FRIENDLY ISLE CONTRACTING AND EQUIPMENT INC., aka FRIENDLY ISLE CONTRACTING & EQUIPMENT, INC., a Hawaii corporation